**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI**

**A.M. DAVIDSON,**

**Plaintiff,**

**v.**

**Case No. 4:05-cv-01823-SNL**

**JEFF JORDAN,**
**JORDAN'S AUTO SERVICE, INC.,**
**UNIVERSAL UNDERWRITERS GROUP,**
**and**
**UNIVERSAL UNDERWRITERS INSURANCE COMPANY,**

**Defendants.**

## MOTION TO REMAND

Defendants Jeff Jordan, Jordan's Auto Service, Inc., Universal Underwriters Group, and Universal Underwriters Insurance Company, move this Court for an order remanding this matter to the Circuit Court of St. Louis County, Missouri. In support of the instant motion, defendants state:

1. On October 7, 2005, all defendants, Jeff Jordan, Jordan's Auto Service, Inc., Universal Underwriters Group, and Universal Underwriters Insurance Company, filed a Notice of Removal on the basis of diversity as all defendants were in a state different from that of plaintiff pursuant to 28 U.S.C. § 1441(a).

2. However, two of the defendants, Jeff Jordan and Jordan's Auto Service, Inc., are residents of the State of Missouri, making this matter not subject to removal pursuant to 28 U.S.C. § 1441(b). Defendants inadvertently overlooked the additional requirement of § 1441(b).

3. Defendants move to remand to correct this inadvertent error as soon as it came to their attention.

WHEREFORE, defendants request that this matter be remanded to the Circuit Court of St. Louis County, Missouri, with costs to be assessed to defendants.

Respectfully submitted,

**Case Roberts**
**Shuttleworth P.C.**

/s/ Kevin D. Case

Kevin D. Case, No. 41491
David J. Roberts, No. 42272
Patric S. Linden, No. 49551
Two Pershing Square
2300 Main Street, Suite 900
Kansas City, MO 64108
Telephone: (816) 448-3707
Facsimile: (816) 448-3101
kevin.case@caseroberts.com
david.roberts@caseroberts.com
patric.linden@caseroberts.com
Attorneys for Defendants

**Certificate of Service**

I hereby certify that on October 14, 2005, a true and correct copy of the above and foregoing was served by electronic filing and by depositing one copy in the U.S. mail, first class postage prepaid, and correctly addressed to:

Grant Shostak
8015 Forsyth Avenue
Clayton, MO 63105
Telephone: (314) 725-3200
Facsimile: (314) 725-3275
and
John L. Davidson
John L. Davidson, P.C.
11906 Manchester Road, Suite 303
Des Peres, MO 63131
Telephone: (314) 725-2898
Facsimile: (314) 966-3095
jldavidson@worldnet.att.net
jddavid@swbell.net
Attorneys for Plaintiff

/s/ Kevin D. Case

Kevin D. Case